ACCEPTED
03-15-00348-CV
7693465
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/5/2015 9:27:25 AM
JEFFREY D. KYLE
CLERK

# TAUBE SUMMERS HARRISON TAYLOR MEINZER BROWN LLP

ATTORNEYS AT LAW

100 CONGRESS AVENUE, 18TH FLOOR

AUSTIN, TEXAS 78701

TELEPHONE (512) 472-5997

FAX (512) 472-5248

November 5, 2015

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/5/2015 9:27:25 AM
JEFFREY D. KYLE
Clerk

Mr. Jeffrey D. Kyle
Clerk of the Court of Appeals
Third District of Texas
P.O. Box 12547
Austin, Texas 78711

***By Electronic Filing***

Re:  Court of Appeals No. 03-15-00348-CV; Trial Court Cause No. D-1-GN-14-004689; *Asclepius Panacea, LLC et al. v. QVL Pharmacy #181 GP, LLC et al.*

Dear Mr. Kyle:

Oral argument was held yesterday in the above-captioned case before the panel of Justices Puryear, Goodwin, and Bourland during which the panel asked for citations to the Clerk's Record pertaining to the Order Admitting into Evidence Specified Pages from the Depositions of Gary Chad Collins and Todd Enright and the corresponding deposition pages admitted thereto. The citation requested is CR 569-584. We ask that you please bring this letter to the panel's attention at your earliest convenience.

Sincerely,

Rola Daaboul

RD/dej

cc via email:  Jonah Davis Jackson
Jennifer B. Poppe
Thomas S. Leatherbury
Michael A. Heidler

5714-4\00541244.000